MARCIN LAMBIRTH, LLP
JOHN B. MARCIN (BAR NO. 148715)
JOHN R. GREENWALL (BAR NO. 265812)
16830 Ventura Boulevard, Suite 320
Los Angeles, California 91436
Telephone: 818-305-2800
Telefax: 818-905-5010

Attorneys for Plaintiff
The Bank of Hemet, a California corporation

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE BANK OF HEMET, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OPEN SOLUTIONS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS OSI FINANCIAL SOLUTIONS, INC., a Delaware corporation, aka OPEN SOLUTIONS, INC. aka OSI FINANCIAL SOLUTIONS, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:10-cv-00692-CAS-OP<br><br>[*Assigned to:*<br>*the Hon. Christina A. Snyder*]<br><br>**AMENDED JUDGMENT** |

After reviewing the Petition to Confirm the Arbitration Award by the Bank of Hemet, and the Motion to Vacate Arbitration Award by Open Solutions, Inc., together with the memoranda of points and authorities, declarations and supporting and opposing papers submitted therewith, and oral arguments at the hearing:

///

///

**NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff THE BANK OF HEMET shall have and recover from Defendant OPEN SOLUTIONS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS OSI FINANCIAL SOLUTIONS, INC., a Delaware corporation, aka OPEN SOLUTIONS, INC. aka OSI FINANCIAL SOLUTIONS, INC., the sum of two hundred forty thousand nine hundred thirty and 9/100 dollars ($240,930.09), plus two hundred forty-three thousand seven hundred thirty-one and no/100 dollars ($243,731.00) in attorneys' fees, sixty-eight thousand six hundred forty-four and 08/100 dollars ($68,644.08) in costs, and four thousand eight hundred thirty-nine and 96/100 dollars ($4,839.96) in expenses, for a total judgment of five hundred fifty-eight thousand one hundred forty-five and 13/100 dollars ($558,145.13). Interest shall accrue thereon at the rate of 0.19% per annum from the date of the entry of this judgment until paid together with any fees, costs, and expenses as allowed and ordered by Court.

DATED: 6/14/11

_Christina A. Snyder_
UNITED STATES DISTRICT JUDGE